LAURA KRANK
ATTORNEY AT LAW: 220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: Laura_RK.office@speakeasy.net
Attorneys for Plaintiff ERNIE TERRAZAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE E. TERRAZAS, | Case No.: 1:09-cv-00864 JLT |
| Plaintiff, | ORDER GRANTING REQUEST TO MODIFY THE BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation to Extend the Briefing Schedule, and for good cause shown, IT IS ORDERED that the briefing schedule will be modified as follows:

Plaintiff's Opening Brief:             Filed no later than February 4, 2010

Defendant's Responsive Brief:     Filed no later than March 6, 2010

Plaintiff's Optional Reply Brief:   Filed no later than March 21, 2010

IT IS SO ORDERED.

Dated: **January 13, 2010**                    **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE