IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE TERRAZAS, | CASE NO. 1:09-cv-00864 JLT |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security | |
| Defendant. | |

Pursuant to the stipulation of the parties (Doc. 16) and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and including April 3, 2010, to file a response to Plaintiff's Opening Brief IS GRANTED.

IT IS SO ORDERED.

Dated:  **March 4, 2010**               /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE

1