# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE TERRAZAS, | ) Case No. 1:09-cv-0864-JLT |
| | ) |
| | ) ORDER AWARDING EQUAL |
| Plaintiff, | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| vs. | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   __October 21, 2010__                    _____/s/ Jennifer L. Thurston__
                                                             UNITED STATES MAGISTRATE JUDGE